FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex rel., JANE DOE,

    Plaintiffs,

v.                              Case no. 8:03-CV-1813-27TGW

ACCULAB LABORATORIES, INC.,

    Defendant.
_____/

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED THAT

1. The relator will file a redacted complaint within ten days of this Order, and that the complaint will be unsealed and served in redacted form upon the defendant;

2. all other previously filed contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the redacted Government's Notice of Election to Intervene, which will be served in redacted form upon the defendant after service of the complaint;

3. the seal be lifted as to all matters occurring in this action after the date of this Order; and

4. the defendant shall respond to the complaint within 20 days after being

S-38

served.

IT IS SO ORDERED this _____13th_____ day of ____July____, 2006.

_____
JAMES D. WHITTEMORE
United States District Court Judge